# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

**Criminal No. 10-CR-00443-PAB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MICHAEL ELK RIVER WHITESKUNK,**

**Defendant.**

## MINUTE ORDER - SETTING HEARING FOR REVIEW OF DETENTION

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge has been informed by Pretrial Services that the Defendant has been accepted into the inpatient program at Peaceful Spirits Facility in Ignacio, Colorado, therefore:

**IT IS HEREBY ORDERED** that a **hearing is scheduled before the Magistrate Judge in Durango, Colorado on September 24, 2010 at 8:00 a.m. for the purposes of reviewing the matter of detention**.

**DATED: September 20, 2010.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**