**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No. 10-CR-00443-PAB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. HENRY ELK RIVER WHITESKUNK,**

**Defendant.**

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

 **IT IS HEREBY ORDERED** that a hearing on Defendant's Request to Review the Order of Detention is scheduled before the Magistrate Judge in Durango, Colorado on **October 1, 2010 at 9:30 a.m.**

**DATED: September 29, 2010.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**