# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal No. 10-CR-00443-PAB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. HENRY ELK RIVER WHITESKUNK,**

**Defendant.**

---

## MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     **IT IS HEREBY ORDERED** that this matter is set for a Compliance Review Hearing regarding the Order Setting Conditions of Release before Magistrate Judge West, 103 Sheppard Drive, Room 235, Durango, Colorado 81303 on December 7, 2010 at 4:00 p.m.

     Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

**DATED: December 6, 2010**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**