**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No. 10-CR-00443-PAB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. HENRY ELK RIVER WHITESKUNK,**

**Defendant.**

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

On December 10, 2010 the parties held a teleconference call with the Magistrate Judge during which Kate Stimson on behalf of the Defendant, and Todd Norvell, on behalf of the Government, agreed that the Defendant should remain at Peaceful Spirits Transitional Living Center until the hearing on the Government's Motion to Review/Reconsider the Court's Order Setting Conditions of Release [On Unsecured Bond] [Docs. #28 and 29].

**IT IS HEREBY ORDERED** that the hearing on the Government's motion [Doc. #39] is set before the Magistrate Judge on December 15, 2010 at 4:00 p.m.

**IT IS FURTHER ORDERED** that between December 10, 2010 and December 15, 2010 the Defendant is not to leave the premises of Peaceful Spirits Transitional Living Center. All other terms and conditions of the Defendant's bond shall remain in full force and effect.

**DATED: December 10, 2010.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**

1