**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

_____

**Date:  December 15, 2010**                **Probation/Pretrial: Erika Coster**
**Secretarial Assistant:  Shirley W. Dills**   **Interpreter:**
**FTR**

_____

**Criminal Case No.:  10-CR-00443-PAB**

**UNITED STATES OF AMERICA,**

                                                      [  ] James Candelaria, AUSA
              **Plaintiff,**                          [x ] Todd Norvell, AUSA
                                                      [  ] Robert Mydans, AUSA
**v.**                                                [  ] Dondi Osborne, AUSA

**1.  HENRY ELK RIVER WHITESKUNK,**        Counsel: Kate Stimson

              **Defendant.**

_____

**COURTROOM MINUTES - GOVERNMENT'S MOTION TO
REVIEW/RECONSIDER THE COURT'S ORDER SETTING CONDITIONS OF
RELEASE [DOC. #39]**

_____

**Court in Session: 4:01 p.m.**

Court calls case and appearances entered.

Defendant present.

Government requests sequestration of witnesses.  No objection from defense counsel.

Court orders witnesses sequestered.

Government calls Linda Mallum, Addiction Counselor, Level II, State of Colorado, Peaceful Spirit Facility.

1

Witness sworn.

Direct exam. Government's Exhibits 1, 2, 3 & 5 offered. Defense counsel agreeable as long as Exhibits 1, 2, and 3 are admitted for the purposes of this hearing only. Court orders Exhibits 1, 2, 3 and 5 admitted.

Cross exam.

Re-direct.

Re-cross.

Witness excused.

Government calls Hilbert Ray Vigil, Intensive Resident Counselor at Peaceful Spirit.

Witness sworn.

Direct exam. Government's Exhibit 4 offered and admitted without objection.

Cross exam. Defendant's Exhibit 1 offered and admitted.

Re-direct.

No re-cross.

Court makes inquiries of witness.

Witness excused.

Government rests.

Defense counsel calls Dennis Dahlke, Program Director Peaceful Spirit.

Witness sworn.

Direct exam.

Cross exam.

Re-direct.

Witness excused.

**ORDERED:**
- Court finds that new information has been submitted to the Court that did not exist at the time of the detention hearing and that information has a material bearing on the issue as to whether the Defendant is a danger to the community.

Court inquires of Pretrial Services Officer Erika Coster as to what she thinks would be appropriate action to take regarding Mr. Whiteskunk's detention or non-detention.

Court hears statements of counsel as to review and reconsideration of the matter of detention.

**ORDERED:**
- Court orders Defendant finds there is clear and convincing evidence that the Defendant is a danger to the community and no conditions of bond will assure the safety of the community and orders Defendant's bond revoked.
- Defendant remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 6:27 p.m.**
Time: 2 Hours 26 Minutes